IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01837-WJM-KLM

GARY RICHARDSON,

    Plaintiff,

v.

CITY OF FEDERAL HEIGHTS, a municipality,
KARL WILMES, in his official capacity as chief of police for Federal Heights,
JOHN HESS, individually and in his official capacity, and
CURTIS ARGANBRIGHT, individually and in his official capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to Amend Pursuant to FRCP 15** [#17][1] (the "Motion").  As an initial matter, the Motion does not comply with D.C.COLO.LCivR 15.1(a), which requires, that "[a] party who files an amended pleading under Fed. R. Civ. P. 15(a)(1) or with the consent of the opposing party shall file a separate notice of filing the amended pleading and shall attach as an exhibit a copy of the amended pleading which strikes through . . . the text to be deleted and underlines . . . the text to be added."  The Motion is subject to denial on this basis alone.  Nevertheless, in the interest of expedience,

    IT IS HEREBY **ORDERED** that the Motion [#17] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiff's First Amended Complaint and Jury Demand [#17-1] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that, on or before **January 4, 2016**, Plaintiff shall file the notice and exhibit discussed in D.C.COLO.LCivR 15.1(a).

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.

1

   IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to the First Amended Complaint and Jury Demand in accordance with Fed. R. Civ. P. 15(a)(3).

   Dated:  December 21, 2015