IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01837-KLM

GARY RICHARDSON,

    Plaintiff,

v.

CITY OF FEDERAL HEIGHTS, a municipality,
KARL WILMES, in his official capacity as chief of police for Federal Heights,
JOHN HESS, individually and in his official capacity, and
CURTIS ARGANBRIGHT, individually and in his official capacity,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Dismiss All Claims With Prejudice** [#26] ("Motion"). Pursuant to Rule 41(a)(1)(A)(ii), "the plaintiff may dismiss an action **without a court order** by filing: . . . a stipulation of dismissal signed by all parties who have appeared." (emphasis added). The Motion is signed by all parties of record.

    IT IS HEREBY **ORDERED** that the Clerk of Court is directed to **DISMISS WITH PREJUDICE** this case pursuant to Rule 41(a)(1)(A)(ii). Accordingly,

    IT IS FURTHER **ORDERED** that the Motion [#26] is **DENIED AS MOOT**.

    Dated:  April 8, 2016